O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$33,813.11 SEIZED FROM U.S. BANK ACCOUNT '1782, et al.,<br><br>Defendants. | Case No. 2:21-cv-02742-ODW (AGRx)<br><br>**JUDGMENT** |

## JUDGMENT

In light of the Court's Order **GRANTING** Plaintiff's Motion for Default Judgment (ECF No. 13), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. This Court has jurisdiction over the subject matter of this action and over the parties;
2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 1594(e)(1)(A) wherein the Government seeks forfeiture of:

(i) $33,813.11 in currency seized on April 22, 2020 from US Bank Account #XXXXXXXXX1782 held in the name Mei Xing pursuant to a federal seizure warrant, and (ii) $250,000 seized from Bail USA as a portion of the proceeds from the April 21, 2020 sale of real property titled in Xing's name;

3. Notice of this action has been given in the manner required by law, no claim or answer was filed in this action by any claimant, and the Court deems all potential claimants to have admitted as true the allegations in the Complaint for Forfeiture;

4. A default judgment shall be and hereby is entered against the interests of all potential claimants in both the $33,813.11 and $250,000.00 defendant funds;

5. Both the $33,813.11 and $250,000.00 defendant funds, shall be and hereby is forfeited to the United States of America, which shall dispose of the defendant funds in the manner required by law;

6. The Court finds there was reasonable cause for the seizure of both defendant funds and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465; and

7. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 22, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**